UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                  No. 1:07-MJ-65

    vs.                           Hon. Hugh W. Brenneman, Jr.

ROLANDO EQUIHUA-ESTRELLA,

        Defendant.
_____/

### ORDER FOR DISMISSAL

The United States having filed a Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court,

IT IS HEREBY ORDERED that the Complaint against Defendant is DISMISSED WITHOUT PREJUDICE.

Dated: January  31 , 2008

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States District Court Magistrate Judge
Western District of Michigan